# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

LUCIOUS WILSON,

    Petitioner,

v.

J. SOTO, Warden,

    Respondent.

Case No. CV 16-4110-GW(MRW)

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

**FRCP 41(a)(2)**

    The Court grants Petitioner's unopposed request to dismiss this state habeas action without prejudice.

* * *

    1.    Petitioner seeks federal review of his state criminal conviction pursuant to 28 U.S.C. § 2254.

    2.    Petitioner previously filed another habeas action challenging that conviction. (Wilson v. Soto, CV 15-5183 MRW (C.D. Cal.)). The Court (Magistrate Judge Wilner) previously dismissed the CV 15-5183 matter based on Petitioner's failure to exhaust his claims in state court.

3. After Petitioner exhausted his claims, he filed a new action in this Court (the present CV 16-411 matter). The Court appointed the Federal Public Defender to represent Petitioner. After extended proceedings, Judge Wilner reopened the 15-5183 action and granted Petitioner relief from the adverse judgment. (CV 15-5183, Docket # 28.)

4. The parties jointly submitted a statement indicating that Petitioner wishes to voluntarily dismiss the second, CV 16-4110 action and proceed with the reopened CV 15-5183 case. (CV 15-5183, Docket # 30.)

5. In the interests of justice, the request to dismiss this action is GRANTED pursuant to Federal Rule of Civil Procedure 41(a)(2). (CV 16-4110, Docket # 25.)

Therefore, the present action is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: April 14, 2017

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE